# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXIS NICOLE CLARK,** | **Case No.:** 5:24-cv-02638-KK-DTB |
| Plaintiff, | *HON. KENLY KIYA KATO* |
| v. | *HON. MAG. DAVID T. BRISTOW* |
| **EQUIFAX INFORMATION SERVICES, LLC AND DOES 1-10, INCLUSIVE,** | **ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| Defendants. | |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

# ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

_____
HON. KENLY KIYA KATO
United States District Judge

Dated: April 30, 2025